# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0243
_____

DANNY H. CAMPBELL,

Appellant,

v.

DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES,

Appellee.

_____

On appeal from an order of the Department of Agriculture and Consumer Services, Division of Licensing.

April 30, 2018

PER CURIAM.

Appellee's motion to relinquish jurisdiction is treated as a confession of error. The final order is vacated and this cause is remanded for further proceedings.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cord Byrd of the Law Office of Cord Byrd, P.A., Jacksonville Beach; Mark Adams of Mark Adams, Esq. P.A., Fernandina Beach, for Appellant.

Tiffany Oliver, Department of Agriculture and Consumer Services, Division of Licensing, Tallahassee, for Appellee.